**Motion Granted; Vacated and Remanded and Memorandum Opinion filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00470-CV

## TREVOR D. REES-JONES AND DEVON ENERGY PRODUCTION CO., L.P., Appellants

## V.

## D. BOBBITT NOEL, JR., Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2008-39598**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 20, 2011.  On December 28, 2012, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, we vacate the judgment signed June 20, 2011, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Frost, Brown, and McCally.